IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIE P. JAUDON,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )       CASE NO. CV419-081
                                     )
U.S. RAILROAD RETIREMENT             )
BOARD and SOCIAL SECURITY            )
ADMINISTRATION OF STATESBORO,        )
GA,                                  )
                                     )
        Defendants.                  )
                                     )

## O R D E R

Before the Court is the Magistrate Judge's February 5, 2021,
Report and Recommendation (Doc. 27), to which Plaintiff has filed
objections (Doc. 28). After a careful de novo review of the record,
the Report and Recommendation is **ADOPTED** as the Court's opinion in
this case. Therefore, Defendants' Motion to Dismiss (Doc. 23) is
**GRANTED**, and Plaintiff's Amended Complaint (Doc. 19) is **DISMISSED**
**WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this
case.

**SO ORDERED** this *23rd* day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA