AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE P. JAUDON,

Plaintiff,

v.

U. S. RAILROAD RETIREMENT BOARD and SOCIAL SECURITY ADMINISTRATION OF STATESBORO, GA.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV419-81

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated 3/23/21, adopting the United States Magistrate Judge's Report and Recommendation as the Court's opinion, judgment is hereby entered granting Defendants' Motion to dismiss and directing the Clerk of Court to close the case.  This case stands closed.



| 3/23/21 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020